IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUDOLF DUSEL, on behalf of himself and all others similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:22-cv-00316-RAH-JTA ) |
| FLAT CREEK TRANSPORTATION, LLC, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' joint stipulation of dismissal (Doc. 32) filed on June 12, 2023, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE and ORDERED on this the 14th day of June, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE